UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
Trustees of the Teamsters Local 456 Pension,
Health & Welfare, Annuity, Education & Training, S.U.B.,
Industry Advancement and Legal Services Funds and the
Westchester Teamsters Local Union No. 456,

Index No. 08 CIV 3760 (KMK)

                              Plaintiffs,

**VOLUNTARY NOTICE
OF DISMISSAL & ORDER**

    -and-

ACK MANAGEMENT CORP.,

                              Defendant.
-----------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) plaintiffs, by the undersigned attorney of record, hereby voluntarily dismiss the above entitled action with prejudice.

Dated: June       , 2008
       Elmsford, New York

                                          BARNES, IACCARINO, VIRGINIA,
                                          AMBINDER & SHEPHERD, PLLC

                                          _____
                                          Karin Arrospide, Esq. (KA9319)
                                          Attorney for Plaintiffs
                                          258 Saw Mill River Road
                                          Elmsford, New York 10523
                                          (914) 592-1515

SO ORDERED:

_____
Honorable Kenneth M. Karas, U.S.D.J.

June 10, 2008
White Plains, NY